UNITED STATES of America, Plaintiff–Appellee

v.

Dennys SOTO–FLORES, Defendant–Appellant.

No. 13–50429
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 17, 2014.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Michael Joe Bagley, Del Rio, TX, for Defendant–Appellant.

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Dennys Soto–Flores on appeal has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Soto–Flores has filed a response in which he plainly states his desire to withdraw his appeal. Soto–Flores's motion for voluntary dismissal is GRANTED; counsel's motion to withdraw is DENIED AS MOOT; and the APPEAL IS DISMISSED. *See* FED. R.APP. P. 42(b); 5TH CIR. R. 42.1.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.